UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) | 06-4562 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| DAVID MOURICE DEMPSEY and MARY SUE DEMPSEY<br>Plaintiffs | ) ) ) ) | **STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |
| vs. | ) ) | |
| PFIZER, INC., ET AL.<br>Defendants | ) ) | |

Comes now the Plaintiffs, DAVID MOURICE DEMPSEY and MARY SUE

DEMPSEY, and Defendants, by and through the undersigned attorneys, pursuant to

Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this

action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: ___10/5___, 2009          By: _____

Attorneys for Plaintiffs,
David Mourice Dempsey and
Mary Sue Dempsey

DATED: ___December 15___, 2009          By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT**
**IS SO ORDERED.**

Dated: ___JAN - 4 2010___          _____

Hon. Charles R. Breyer
United States District Court