UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) | 06-4562 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| DAVID MOURICE DEMPSEY and MARY SUE DEMPSEY<br>Plaintiffs | ) ) ) ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | ) ) | |
| PFIZER, INC., ET AL.<br>Defendants | ) ) | |

Comes now the Plaintiffs, DAVID MOURICE DEMPSEY and MARY SUE DEMPSEY, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 10/5, 2009          By: _____
                                    Attorneys for Plaintiffs,
                                    David Mourice Dempsey and
                                    Mary Sue Dempsey

DATED: December 15, 2009    By: _____
                                    DLA PIPER LLP (US)
                                    1251 Avenue of the Americas
                                    New York, NY 10020
                                    Telephone: (212) 335-4500
                                    Facsimile: (212) 335-4501
                                    *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010          _____
                                    Hon. Charles R. Breyer
                                    United States District Court